UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNEST JOSEPH, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1889** |
| **KEITH COOLEY, WARDEN** | **SECTION "I"(5)** |

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Ernest Joseph, III, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the petition of Ernest Joseph, III for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of November, 2015.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE